441 A.2d 796

Commonwealth v. Johnakin, Appellant.

Petition for Allowance of Appeal Denied September 10, 1982.

Submitted May 4, 1981.  Daniel-Paul Alva, for appellant;  Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., SPAETH and CAVANAUGH, JJ.

The judgment of sentence is hereby affirmed.